```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00473-GGH |
|---|---|---|
| Plaintiff, | ) | Order Dismissing Violation |
| v. | ) | |
| MICHAEL J. EVANS, | ) | DATE: December 19, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Gregory G. Hollows |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss the above captioned matter is GRANTED. The Trial Confirmation Hearing set for December 19, 2011 and Jury Trial set for January 9, 2012 are hereby VACATED.

IT IS SO ORDERED.

Dated: December 2, 2011

                                           /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE